ROSENBLUTH BROS., INC., ET AL. v. UNITED STATES

No. 5165.—Invoices dated Yokohama, Japan, May 28, 1936, etc.
Certified June 1, 1936, etc.
Entered at New York July 9, 1936, etc.
Entry Nos. 703784, etc.

(Decided March 14, 1941)

*Siegel & Mandell* for the plaintiffs.

*Charles D. Lawrence*, Acting Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon a stipulation to the effect that the issue herein and the issue in *United States* v. *Nippon Dry Goods Co.*, Reap. Dec. 5006, is the same; that the appraised value, less certain additions made by the importer, represent the proper export value of certain items of merchandise, and that there is no higher foreign value.

On the agreed facts I find and hold the proper dutiable export value of the rayon wearing apparel and the rayon footwear on the invoices covered by said appeals to be the value found by the appraiser, less any additions made by the importer by reason of the so-called Japanese consumption tax. Judgment will be rendered accordingly.